IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

**FEB 2 0 2014**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 14-30041-DRH |
| | ) | |
| RAMSEY Z. FAKHOURI and | ) | Title 18, |
| ALEXANDER P. GERTH, | ) | United States Code, |
| | ) | Sections 2113(a) and 2 |
| Defendants. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
### Bank Robbery

On or about February 14, 2014, in Madison County, within the Southern District of Illinois,

**RAMSEY Z. FAKHOURI**
**and**
**ALEXANDER P. GERTH,**

defendants herein, aided and abetted by each other, by force, violence, and intimidation, did take from the person of another, money belonging to, and in the care, custody, control, management, and possession of Bradford National Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

**A TRUE BILL**

_____
STEPHEN B. CLARK
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond:  Detention