IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 14-30041-DRH |
| ) | |
| ALEXANDER P. GERTH, ) | **FILED** |
| ) | |
| ) | APR 0 7 2014 |
| Defendant. ) | |

**STIPULATION OF FACTS**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Defendant Alexander P. Gerth, and the United States, and their respective attorneys, hereby agree and stipulate as follows:

1)   At all times relevant to the Indictment, Bradford National Bank was located in Highland, Madison County, Illinois, and its deposits were insured by the Federal Deposit Insurance Corporation (FDIC).

2)   On or about February 14, 2014, Defendants Ramsey F. Fakhouri and Alexander P. Gerth drove from Michigan to Highland, Illinois, in a blue Ford Mustang automobile, having previously agreed to rob the Bradford National Bank.

3)   On February 14, 2014, at approximately 8:30 a.m., a female Bradford National Bank Branch manager was outside the bank attending to the drive-up Automatic Teller Machine (ATM) when she was approached from behind by Alexander P. Gerth.

4)   The manager observed that Gerth possessed what appeared to be a firearm (but which actually was an air gun). Gerth ordered the manager to give him the money. The

manager felt scared and complied with the demand. The manager opened the ATM machine, removed the cassette containing United States currency, and gave the cassette to Gerth. Thus, Gerth took said currency by force, violence and intimidation. The cassette contained $25,780.00 in United States currency, which was currency belonging to, and in the care, custody, control, management, and possession of the Bradford National Bank.

5) Gerth took the cassette and currency to the Mustang automobile, which was driven by Defendant Ramsey Z. Fakhouri. Gerth got into the automobile with the cassette and currency.

6) Defendant Fakhouri drove the Mustang away from the bank out of Highland, Illinois, on Route 40.

(7) On or about February 17, 2014, Defendant Gerth was located and arrested in Chesterfield, Michigan, by officers of the Chesterfield, Michigan, Police Department. After being Mirandized, Gerth admitted to officers that he had participated in the robbery of the Bradford National Bank in Highland, Illinois, with co-Defendant Ramsey Z. Fakhouri, on or about February 14, 2014. Gerth stated to officers that Fakhouri obtained information about the bank's practices with respect to re-loading the bank's ATM machine. Gerth further stated that he and Fakhouri drove from Michigan in a Blue 2008 Ford Mustang, which they parked next to the bank. They then waited for a bank employee to re-stock the ATM machine. Gerth admitted that he approached a female bank employee who was re-stocking the ATM machine; while doing so, Gerth had in his hand an air gun, and he demanded that the woman give him the cash box. After she did so, Gerth took the cash box back to the car. Defendant Fakhouri then drove

out of town. Fakhouri later divided the cash; Gerth received what he believed was about $10,000 from Fakhouri.

_____
ALEXANDER P. GERTH
Defendant

Date: 4-7-14

_____
MELISSA DAY
Attorney for Defendant

Date: 4-7-14

STEPHEN R. WIGGINTON
United States Attorney

_____
STEPHEN B. CLARK
Assistant United States Attorney

Date: 4/4/14