| PROB 22 | | DOCKET NUMBER *(Trans Court)* |
|---|---|---|
| | | 0754 3:14CR30041-002 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 0645 2:17CR20441 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Alexander P. Gerth<br>East New Baltimore, MI | Southern District Of Illinois | East St. Louis |
| | NAME OF ASSIGNED JUDGE | |
| | Honorable David R. Herndon, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: June 1, 2017 — TO: May 31, 2020 |

**OFFENSE**

18 U.S.C. 2113 (a) and 2   Bank Robbery

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF MICHIGAN upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*[signature]*

Digitally signed by Judge David R. Herndon
Date: 2017.06.21 10:10:35 -05'00'

DATE — UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-11-17

DATE — UNITED STATES DISTRICT JUDGE