

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

**Justine Flanagan**
**Acting Clerk of Court**

**Tel: 618.439.7760**
**Fax: 618.435.2409**

**OFFICE OF THE CLERK**
**301 WEST MAIN STREET**
**BENTON, ILLINOIS 62812**

July 27, 2017

David J. Weaver, Clerk
U.S. District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: Alexander P. Gerth
Our Case No. 14-cr-30041-DRH

Dear Clerk:

On July 27, 2017, the Honorable David R. Herndon, United States District Judge, ordered the transfer of probation/supervised release over Alexander P. Gerth to the Eastern District of Michigan.

You may access our electronic case file to obtain the documents you need at the following web address: http://ecf.ilsd.uscourts.gov. If you are unable to access our electronic case file using your PACER account, obtain a guest login and password by contacting our office at (618) 482-9371.

Please acknowledge receipt of this information by returning a signed copy of this letter.

Very truly yours,

*s/Kara Bedar*
Deputy Clerk

CR-12
Rev.4/12